1

**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar No. 135059)

2

1318 "K" Street
Bakersfield, California

3

Tel.: (661) 326-0857
Fax.: (661)326-0936

4

email: lawtorres@aol.com

5

Attorney for:
Candace Shantel Gonzlaes

6

7

8

### IN THE UNITED STATES DISTRICT COURT

9

### FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

UNITED STATES OF CALIFORNIA,                №. 12-CR-00213 AWI

13

                              PLAINTIFF,     **ORDER FOR**

                                             **APPROVAL OF SUBSTITUTION**

14

              vs.                            **OF   ATTORNEY   AND   ORDER**
                                             **TERMINATING CJA APPOINTMENT**

15

CANDACE SHANTEL GONZALES,

16

                              DEFENDANT

17

18

        I, Candace Shantel Gonzles, hereby substitutes DAVID A. TORRES, 1318 "K" Street,

19

Bakersfield, California 93301, Telephone (661) 326-0857 as my attorney of record.  Mr. Torres was

20

previously appointed CJA counsel through the Initial Appearance only.

21

Date:   July 27, 2012              /s/Candace Shantel Gonzales

                                   CANDACE SHANTEL GONZALES

22

                                   Defendant

23

24

Date:   July 27, 2012              /s/David A. Torres

                                   DAVID A. TORRES

25

                                   Attorney at Law
                                   RETAINED

26

27

28

1

## <u>ORDER</u>

2    **IT IS SO ORDERED** that David A. Torres is hereby substituted in as attorney of record

3    and that the previous CJA appointment for Initial Appearance be terminated.

4    IT IS SO ORDERED.

5

Dated:   July 27, 2012

6                                                              CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28