**DAVID A. TORRES AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CANDACE GONZALES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | Case No.: 12-CR-00213 AWI-BAM<br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE**; ORDER |
| CANDACE GONZALES<br><br>DEFENDANT. | DATE: June 24, 2013<br>Time: 1:00 p.m.<br>Courtroom 8<br>HONORABLE BARBARA A. McAULIFFE |

Defendant, CANDACE GONZALES, hereby waives her appearance in person in open court upon the status conference hearing set for Monday, June 24, 2013 at 1:00 p.m. in Courtroom Eight of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: June 20, 2013                              /s/Candace Gonzales
                                                 CANDACE GONZALES

# ORDER

Good cause appearing.

IT IS HEREBY ORDERED that defendant CANDACE GONZALES is hereby excused from appearing at this court hearing scheduled for June 24, 2013 at 1:00 p.m.

IT IS SO ORDERED.

**Dated:** **June 20, 2013**              /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE