**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
CANDACE GONZALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANDACE GONZALES,<br><br>Defendant | Case No.: 1: 12-CR-00213 AWI-BAM (006)<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER**<br><br>**HONORABLE BARBARA A. McAULIFFE** |

Defendant, CANDACE GONZALES, hereby waives his appearance in person in open court upon the Status Conference hearing set for Monday, March 24, 2014 at 1:00 p.m. in Courtroom Eight of the above entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 3/20/14                                              */s/Candace Gonzales*_____
                                                              CANDACE GONZALES

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant CANDACE GONZALES is hereby excused from appearing at this court hearing scheduled for Monday, March 24, 2014 at 1:00 p.m.

IT IS SO ORDERED


IT IS SO ORDERED.

Dated:   **March 20, 2014**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE