BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-0213 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION & ORDER CONTINUING SENTENCING HEARING |
| v. | Old Sentencing Date: Oct. 26, 2015 |
| CANDACE SHANTEL GONZALES, | New Sentencing Date: Jan. 19, 2016 |
| Defendant. | Time: 10:00am<br>Court: Two<br>(Hon. Anthony W. Ishii) |

Defendant Candace Shantel Gonzales pleaded guilty on December 8, 2014 to count one of the indictment, conspiracy to commit bank fraud, mail fraud, and wire fraud in violation of 18 U.S.C. § 1349. Sentencing is currently set for October 26, 2015, at 10:00 a.m.

To allow additional time for Ms. Gonzales to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from October 26, 2015 to January 19, 2016, at 10:00 a.m., or to the earliest date thereafter that is convenient to the Court.

IT IS SO STIPULATED.

Dated: Oct. 21, 2015                                     Respectfully Submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

/s/ David Torres
(authorized on 10/21/15)                                 /s/ Kirk E. Sherriff
DAVID TORRES                                             KIRK E. SHERRIFF
Attorney for defendant Candace Gonzales                  HENRY Z. CARBAJAL III
                                                         Assistant United States Attorneys

1

ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Candace Gonzales is continued from October 26, 2015 to January 19, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 21, 2015

SENIOR DISTRICT JUDGE