**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CANDANCE SHANTEL GONZALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CANDACE SHANTEL GONZALES,<br><br>　　　　　Defendant | Case No.: 12-CR-00213 AWI BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND HENRY Z. CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CANDANCE SHANTEL GONZALES, by and through her attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Tuesday, January 19, 2016 be continued to Monday, March 21, 2016.

Ms. Gonzales has been asked to debrief regarding other individuals who have possible engaged in mortgage fraud.  Assisting the Government will militate favorably towards a 5k reduction.  I have spoken to AUSA Henry Carbajal, and he has no objection to continuing the sentencing hearing.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                               Respectfully Submitted,

DATED: 1/13/16                       */s/ David A Torres*
                                               DAVID A. TORRES
                                               Attorney for Defendant
                                               CANDACE GONZALES

DATED:1/13/16                       */s/Henry Z. Carbajal*
                                               HENRY Z. CARBAJAL
                                               Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to March 21, 2016 at 10:00am in courtroom 2 on the 8th floor.

IT IS SO ORDERED.

Dated:   January 13, 2016

                                       SENIOR  DISTRICT  JUDGE