**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CANDACE GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CANDACE GONZALEZ,<br><br>　　　　　Defendant | ) Case No.: 1:12-cr-00213 AWI-BAM<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

　　　**COMES NOW** Defendant, CANDACE GONZALEZ, by and through her attorney of record, DAVID A. TORRES hereby requesting that the Sentencing currently set for Monday, March 21, 2016 be continued to Monday, May 11, 2016.

　　　I am recently recovering from pneumonia which I contracted approximately two weeks ago. Apart from this particular case, I have been preparing for trial in the matter of *People v. Castro; BF154926A*. In the process of preparing as well as my illness, I was unable to prepare the sentencing statement in the case of *United State v. Candace Gonzalez*. A sentencing statement will be extremely helpful to this court so that we may inform them of Ms. Gonzalez's

personal life, her employment history, and her numerous accomplishments since the time this action was filed. In addition, the sentencing statement will outline what she has done to change her life as a result of this conviction. I have spoken to AUSA Henry Carbajal, and he has no objection to continuing the Sentencing Hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 3/17/16                              */s/ David A Torres*
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            CANDACE GONZALEZ

DATED: 3/17/16                              */s/Henry Carbajal*
                                            HENRY CARBAJAL
                                            Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the Sentencing hearing be continued to **Monday, May 9, 2016** at 10:00am in courtroom 2 on the 8th floor.

IT IS SO ORDERED.

Dated:   March 17, 2016                     _____
                                            SENIOR DISTRICT JUDGE