PHILLIP A. TALBERT
Acting United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CANDACE GONZALES,<br><br>　　　　　　　　Defendants. | CASE NO. 1:12-cr-00213 AWI-BAM<br><br>STIPULATION RESETTING<br>RESTITUTION HEARING; ORDER<br><br>DATE:　July 25, 2016<br>TIME:　10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

　　The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

　　1.　Defendant Candace Gonzales was sentenced by the Court on May 9, 2016, following conviction after a guilty plea of one count of conspiracy to commit mail, wire and bank fraud (18 U.S.C. § 1349).

　　2.　Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine victims' losses as to the defendant for June 13, 2016 at 10:00 a.m.

　　3.　However, the parties are still attempting to determine the exact amount of restitution, and whether they can reach an agreement and stipulation to the restitution amount owed by

defendant Gonzales. To that end, the government has produced supplemental information detailing the victim lenders' restitution claims, and is in the process of preparing a stipulation regarding restitution for the defendant's review and approval that would obviate the need for a further restitution hearing. The parties thus request that the restitution hearing be reset to **July 25, 2016 at 10:00 a.m**. The parties agree that the continuance will conserve time and resources for the parties and the Court.

    4.    The agreed restitution hearing will take place 57 days after the defendant's sentencing hearing, which satisfies the deadline set forth in 18 U.S.C. § 3664(d)(5), with a determination of the amount and apportionment of restitution to take place on or before July 25, 2016.

IT IS SO STIPULATED.

DATED:       June 9, 2016

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
KIRK E. SHERRIFF
Assistant United States Attorney

DATED:       June 9, 2016

/s/David A. Torres
DAVID A. TORRES
Counsel for Defendant
CANDACE GONZALES

## O R D E R

IT IS SO FOUND AND ORDERED The restitution hearing regarding defendant Candace Gonzales is reset to **July 25, 2016 at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   June 10, 2016

SENIOR DISTRICT JUDGE