**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CANDACE GONZALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CANDACE GONZALES,<br><br>        Defendant | Case No.: Case No.1:12-CR-213 AWI-BAM<br><br>**ORDER TO EXTEND DEFENDANT'S SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KIRK E. SHERRIFF AND HENRY Z. CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, CANDACE GONZALES, by and through her attorney of record, DAVID A. TORRES, hereby requesting that the surrender date of the defendant, Candace Gonzales, herein, be extended from August 1, 2016 to September 1, 2016 for the following reason(s):

   Ms. Gonzales has doctors' appointments scheduled for all four of her children to make sure their immunizations and physicals are all up to date prior to her incarceration.  When Ms. Gonzales made the appointments, she was told there were no available appointments until late

Motion and Order to Extend Defendant's Surrender Date - 1

August due to the overload of kindergarten physicals taking place. Along with the physicals for her children, Ms. Gonzales has scheduled dental appointments and optometrist exams. She would like to make sure that her children's medical needs are taken care of before she is incarcerated. Once the appointments are complete, Ms. Gonzales will begin the transfer of temporary guardianship to her parents and grandparents. The temporary guardianship paperwork cannot be completed until their medical exams are complete because all children will be placed on a new insurance plan with new doctors following the transfer of guardianship.

Based on the foregoing, it is requested that Court find good cause to extend the surrender date to the aforementioned date. While the government cannot stipulate to the extension, they will not challenge the request.

Respectfully Submitted,

DATED: 6/28/16   */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Candace Gonzales

## ORDER

IT IS SO ORDERED.

Dated:   June 29, 2016   _____
SENIOR DISTRICT JUDGE

Motion and Order to Extend Defendant's Surrender Date - 2