BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>CANDACE SHANTEL GONZALES,<br><br>                             Defendant. | CASE NO.  1:12-cr-00213 AWI-BAM<br><br>STIPULATION RE RESTITUTION;<br>ORDER<br><br>DATE:  July 25, 2016<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.      The defendant was sentenced by the Court on May 9, 2016, following conviction after a guilty plea of one count of conspiracy to commit bank, mail and wire fraud (18 U.S.C. § 1349).

2.      Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine victim's losses for July 25, 2016 at 10:00 a.m.

3.      The parties have reached this agreement and stipulation as to the restitution amount owed by the defendant, as set forth below.  The parties therefore jointly request that the agreed

1

restitution be incorporated into the judgment following sentencing.

4.      The parties agree and stipulate, and request that the Court find the following:

a.      The total amount of restitution owed by defendant Gonzales is set forth in Attachment A to this stipulation.  Attachment A describes the total amount of restitution and the apportionment of restitution among defendant Gonzales' victims in this case.

b.      The parties' stipulation and the agreed amounts in Attachment A satisfy the requirements of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

c.      Defendant Gonzales agrees that the judgment and commitment issued in her case will include the restitution amounts and apportionment agreed to in Attachment A.

d.      Restitution as stated in Attachment A shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.  If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to defendant Candace Shantel Gonzales shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $50.00 per month, during the period of supervised release, such payments to begin 120 days after the commencement of supervision.  The interest is waived.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED:        July 22, 2016

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:        July 22, 2016

/s/David A. Torres
DAVID A. TORRES
Counsel for Defendant
CANDACE SHANTEL GONZALES

**O R D E R**

Accordingly, IT IS HEREBY ORDERED that:

1. The restitution hearing currently set for July 25, 2016 at 10:00am is VACATED; and

2. The judgment will be amended to reflect the restitution amount stated in attachment A.

IT IS SO ORDERED.

Dated:   July 22, 2016

SENIOR  DISTRICT  JUDGE